UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LEEANNE POND<br>(Social Security No. XXX-XX-8786), | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | 3:10-cv-95-WGH-RLY |
| MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration, | )<br>)<br>) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

The final decision of the Commissioner in this case is **AFFIRMED.** The plaintiff's Complaint is **DISMISSED.** Each party shall bear its own costs.

**Entered:** June 28, 2011

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copy to:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

**Mail copy to:**

LEEANNE POND
4804 Stringtown Rd.
Evansville, IN  47711